447 A.2d 271

**COMMONWEALTH of Pennsylvania**

v.

**John VUKOVICH, Appellant.**

Superior Court of Pennsylvania.

Argued April 12, 1979.

Filed June 18, 1982.

Michael C. Gruitza, Sharon, for appellant.

Frances S. Palmer, Assistant District Attorney, Sharon, for Commonwealth, appellee.

Before CERCONE, President Judge, and WIEAND and HOFFMAN, JJ.

WIEAND, Judge.

The issues raised in this appeal have been fully considered in an opinion filed in *Commonwealth v. George Vukovich*, 301 Pa.Super. 111, 447 A.2d 267 (1982). For reasons appearing therein, the judgment of sentence entered against John Vukovich is reversed, and the case is remanded for a new trial on the charge of conspiracy to violate Section 8 of the Pharmacy Act of September 27, 1961, P.L. 1700, 63 P.S. § 390–8.

CERCONE, President Judge, concurs in the result.